# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 2, 2023

Lyle W. Cayce
Clerk

No. 22-40467
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Aurelio Barajas-Pulido,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:22-CR-280-1

_____

Before Smith, Clement, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Counsel appointed to represent Aurelio Barajas-Pulido has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barajas-Pulido has filed a response requesting the appointment of substitute

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40467

counsel. That request is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel′s brief and the relevant portions of the record reflected therein. We concur with counsel′s assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel′s motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.